

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00002-CV

Samuel **FORRESTER**,
Appellant

v.

**HOME DEPOT U.S.A., INC.** and Terry Lee Donelson,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15071
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: February 12, 2025

DISMISSED

The filing fee of $205, which was due from appellant Samuel Forrester when this appeal

was filed, has not been paid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute or
> Supreme Court order. The appellate court may enforce this rule by any order that
> is just.

TEX. R. APP. P. 5. Appellant also has not filed a docketing statement or certified service of the notice of appeal on each court reporter.

Accordingly, on January 23, 2025, we ordered appellant, no later than February 3, 2025, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See id.* R. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). We further ordered appellant to file a docketing statement compliant with the Texas Rules of Appellate Procedure no later than February 3, 2025. Our order cautioned appellant that we would dismiss this appeal if he failed to timely and satisfactorily respond to our January 23, 2025 order. *See id.* R. 42.3(c).

Appellant did not respond to our January 23, 2025 order. Accordingly, this appeal is dismissed.

PER CURIAM